# EXHIBIT A

# EXHIBIT A

**Exhibit A to the Complaint**

**Location:** Las Vegas, NV  
**Total Works Infringed:** 26  
**IP Address:** 69.69.81.32  
**ISP:** CenturyLink

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | EF44C25D262A856219F5BE477C72F5B8F122FAAA | Tushy | 04/24/2018 04:37:00 | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 07/07/2017 12:18:20 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 0A63D1DC5B920F43372D8DAC44BE198EFF11836C | Tushy | 05/17/2017 11:54:23 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 4 | 230CAD0925ECCA9175FBB1450E92B9CCAD2CCD55 | Vixen | 05/20/2017 19:06:05 | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 5 | 2B47AB1AC715202A682205DE2386E9131256D398 | Blacked | 01/27/2018 07:15:36 | 01/25/2018 | 03/02/2018 | PA0002104748 |
| 6 | 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08 | Tushy | 12/13/2017 14:04:46 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 7 | 35FC391D7869DA183CB119D3D676978EC11ADDB9 | Blacked Raw | 12/17/2017 13:47:26 | 12/13/2017 | 01/02/2018 | PA0002097434 |
| 8 | 46657A0D537BDE2011466635C4942788C9B3C075 | Vixen | 02/14/2018 12:24:40 | 02/13/2018 | 03/02/2018 | PA0002104793 |
| 9 | 48FD5B0D6BE005134739A99371DFFFF5F45C3BA9 | Tushy | 08/20/2017 15:11:01 | 08/19/2017 | 10/10/2017 | PA0002086140 |
| 10 | 690ACD2F2BB4613B6E31144459109F675DB8F088 | Tushy | 05/04/2017 11:35:58 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 11 | 6A5291E37ABD63DC4D92C660B3A49EF5862C1837 | Vixen | 07/13/2017 22:16:17 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 12 | 6EAAFE0F3E012E94CE6FF11EC5DFC0835CDABEA6 | Blacked | 07/24/2017 22:57:14 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 13 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 06/30/2017 11:47:46 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 14 | 771C669842BE814DA19F886EDF5E759B0EC4BF37 | Blacked | 07/07/2017 12:30:50 | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 15 | 992FDDD2DE50632349443D9DA5DE56C05C7BE204 | Blacked | 05/11/2017 11:49:55 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 16 | A342244F2E0287F7EB6E897441849848F8A7D7A5 | Vixen | 06/20/2017 12:25:00 | 06/18/2017 | 07/07/2017 | PA0002070833 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | A8BF36099F0759124CDA0B68326FB2E42C2F44F0 | Tushy | 06/13/2017 13:04:56 | 06/10/2017 | 07/07/2017 | PA0002074096 |
| 18 | B316A7B2BA822FD11A7D2D2733FE8293C9BE17DC | Tushy | 06/06/2017 11:34:33 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 19 | B3CD1356092D254566EC9C832C8E37E68DDAA7C1 | Blacked Raw | 12/20/2017 13:21:25 | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 20 | B7F9B4455C8C085B75BD0E4E23AA26317B2DE1FB | Vixen | 01/25/2018 13:13:21 | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 21 | CA6678C58C405A501AF293322491A7DBD8B843A4 | Tushy | 07/15/2017 19:59:01 | 07/15/2017 | 08/11/2017 | PA0002075050 |
| 22 | E077B1FF542F9813257F25F80DF621F1EC832879 | Vixen | 09/07/2017 11:45:12 | 09/06/2017 | 09/15/2017 | PA0002052844 |
| 23 | E17386891F4078C6AF9BBADEF01DEA189F76D095 | Tushy | 09/14/2017 11:22:34 | 09/13/2017 | 10/10/2017 | PA0002086153 |
| 24 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 11/21/2017 10:29:01 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 25 | EA5ED950235A748594878BB8534A2E15989E1120 | Tushy | 07/10/2017 21:56:51 | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 26 | F4B1214D5F997A14D4D5996E170CB5F3C2D0C597 | Vixen | 10/12/2017 11:42:06 | 10/11/2017 | 10/19/2017 | PA0002090452 |